IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TYRONE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NUMBER |
| | ) | 1:19-cv-00503-CAP |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DEREK E. PERKINS d/b/a | ) | |
| 2 EXTREME TRUCKING | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Tyrone Martin and Defendant Derek E. Perkins d/b/a 2 Extreme Trucking pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that the above-styled action and all claims contained therein be dismissed with prejudice.  This stipulation is signed by all Parties who have appeared in this action. The Clerk is requested to mark the file accordingly.

Respectfully submitted this 9th day of September, 2021.


[SIGNATURE ON THE FOLLOWING PAGE]

**GREENE LEGAL GROUP LLC**

By: */s/Reginald A. Greene*
Reginald A. Greene
Georgia Bar No. 308674
*Attorney for Plaintiff*

One Georgia Center, Suite 605
600 West Peachtree Street, N.W.
Atlanta, Georgia 30308
(404) 574-4311
(404) 574-4312 (facsimile)
rgreene@greenelegalgroup.com

**LEWIS BRISBOIS BISGAARD SMITH, LLP**

By: */s/ Scott D. Huray*
[signed with express permission]
Scott D. Huray
Georgia Bar No. 379590
*Attorney for Defendant*

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308
(404) 418-7167
(404) 467-8845 (facsimile)
Scott.Huray@lewisbrisbois.com